# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 12, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132688(61)

MELISSA BOODT, as Personal Representative
of the Estate of David Waltz, Deceased,
      Plaintiff-Appellee/
      Cross-Appellant,

v

BORGESS MEDICAL CENTER, MICHAEL
ANDREW LAUER, M.D., and HEART CENTER
FOR EXCELLENCE, P.C.,
      Defendants-Appellants/
      Cross-Appellees,
and

MICHAEL ANDREW LAUER, M.D., P.C.,
      Defendant.
_____

SC: 132688
COA: 266217
Kalamazoo CC: 03-000318-NH

On order of the Chief Justice, the motion by plaintiff-appellee for extension to December 7, 2007 of the time for filing her supplemental brief is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 12, 2007

_____
Clerk